417 A.2d 782

Commonwealth v. Lawson, Appellant.

Submitted October 26, 1978. Henry J. Kulakowski, Jr., Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 782

Commonwealth v. Meals, Appellant.

Argued October 26, 1978. Frank P. Krizner, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.